AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SEAN MAURICE DEAN,

          Plaintiff,

  v.

GARY D. WOODBURY,

          Defendants.

JUDGMENT IN A CIVIL CASE

Case Number:  3:22-cv-00262-ART-CLB

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED** that Plaintiff's complaint, (ECF No. 1 -1), is **DISMISSED WITHOUT PREJUDICE AND WITHOUT LEAVE TO AMEND**.

     **IT IS FURTHER ORDERED** that the Clerk of Court **enter judgment** accordingly and **close** this case.



Date: February 27, 2023

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_